■
B. B. GOLDMAN, Appellant, v. STATE
of Texas, Appellee.
No. 20803.

Court of Criminal Appeals of Texas.

Nov. 8, 1939.

H. G. Woodruff and H. E. Lobdell, both of Decatur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for prescribing whisky for other than medicinal purposes in a dry area; penalty assessed at a fine of $100.

Appellant has filed a written motion, duly verified by his affidavit, requesting the dismissal of the appeal. The request is granted and the appeal is ordered dismissed.

■
Homer MARTIN, Appellant, v. STATE of
Texas, Appellee.
No. 20854.

Court of Criminal Appeals of Texas.

Nov. 22, 1939.

Floyd Jones, of Breckenridge, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

· Conviction is for driving an automobile upon a public highway while appellant was intoxicated, punishment being a fine of $75 and five days in jail.

Since perfecting his appeal appellant has filed his affidavit advising that he does not desire to further prosecute his appeal, and at his request same is dismissed.

■
Sherman MATLOCK, Appellant, v. STATE
of Texas, Appellee.
No. 20820.

Court of Criminal Appeals of Texas.

Nov. 15, 1939.

Wm. E. Davenport, of San Angelo, for appellant.

· Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

Since perfecting his appeal appellant has filed his affidavit advising that he does not desire to prosecute his appeal, and at his request same is dismissed.